UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOE HAND PROMOTIONS, INC.,

                Plaintiff,

vs.                                      Case No. 8:12-cv-2676-T-27TGW

GORDAS 4 STAR, INC.,
ESTRELLA SANTANA, and
COLON SANTANA,

                Defendants.
_____/

## ORDER ON PENDING MOTIONS AND SCHEDULING STATUS CONFERENCE

**BEFORE THE COURT** are Plaintiff's Unopposed Motion for Enlargement of Time to File Case Management Report (Dkt. 15), Plaintiff's Motion to File Unilateral Case Management Report (Dkt. 16), and Defendant Colon Santana's Motion to Strike Plaintiff's Motion to File Unilateral Case Management Report (Dkt. 17).

A review of the record reveals that service of process was effected on Colon Santana on November 29, 2012 (Dkt. 8). Service of process apparently has not been effected on Estrella Santana or Gordas 4 Star, Inc. (Dkts. 9 & 10). On January 16, 2013, Lawrence A. Lempert, Esq. filed an Answer to the Complaint on behalf of Defendants Colon Santana and Estrella Santana (Dkt. 7).

On March 8, 2013, Plaintiff filed a Case Management Report that failed to comply with Local Rule 3.05 and did not utilize the Case Management Report form attached to the Notice of Designation (Dkt. 13). As a result the Case Management Report was stricken and the parties were directed to file a Case Management Report complying with the Local Rules on or before March 25, 2013 (Dkt. 14). On March 25, 2013, Plaintiff's counsel filed an Unopposed Motion for Enlargement of Time to File a Case Management Report wherein he requested an extension of time through April

24, 2013, to file the Case Management Report (Dkt. 15). As of May 3, 2013, the parties have yet to file a Case Management Report as required by the Local Rules.

Plaintiff's counsel represented in the Unopposed Motion for Enlargement of Time to File a Case Management Report that Lawrence A. Lempert, Esq. "is withdrawing from representation of Defendants without addressing the proposed Case Management Report." *See* Motion for Extension (Dkt. 15), ¶ 4. Mr. Lempert, however, has not sought leave to withdraw as counsel as required by Local Rule 2.03[1] and as such remains counsel of record for Defendants Colon Santana and Estrella Santana.

Apparently due to Mr. Lempert's decision to withdraw as counsel for Defendants and Plaintiff's counsel's alleged inability to contact Colon Santana and Estrella Santana, counsel for Plaintiff filed Plaintiff's Motion to File Unilateral Case Management Report on April 19, 2013 (Dkt. 16). On May 13, 2013, Colon Santana, purporting to appear *pro se*, filed a Motion to Strike Plaintiff's Motion to File Unilateral Case Management Report (Dkt. 17).

Upon consideration, it is **ORDERED**:

(1) Plaintiff's Unopposed Motion for Enlargement of Time to File Case Management Report (Dkt. 15) is **DENIED**.

(2) Plaintiff's Motion to File Unilateral Case Management Report (Dkt. 16) is **DENIED**.

---

[1] Local Rule 2.03(b) provides:

> No attorney, having made a general appearance under subsection (a) of this rule, shall thereafter abandon the case or proceeding in which the appearance was made, or withdraw as counsel for any party therein, except by written leave of Court obtained after giving ten (10) days' notice to the party or client affected thereby, and to opposing counsel.

(3)     Defendant Colon Santana's Motion to Strike Plaintiff's Motion to File Unilateral Case Management Report (Dkt. 17) is **STRICKEN**. *See* Local Rule 2.03(d).[2] The Clerk is directed to return it to the submitting party with a copy of this Order. Additionally, any responses required to be filed because of the stricken document will not be required and will also be stricken and returned.

(4)     This matter is set for a Status Conference on **June 7, 2013, at 11:00 a.m.** in Courtroom 13B, United States Courthouse, 801 N. Florida Avenue, Tampa, Florida. **THE FOLLOWING INDIVIDUALS ARE DIRECTED TO PERSONALLY APPEAR AT THE STATUS CONFERENCE**: William L. Yanger, Esq., Lawrence Alexander Lempert, Esq., a corporate representative of Joe Hand Productions, Inc., Colon Santana, and Estrella Santana.

> *FAILURE OF ANY OF THE ABOVE NAMED INDIVIDUALS TO PERSONALLY APPEAR AT THE STATUS CONFERENCE MAY RESULT IN THE IMPOSITION OF SANCTIONS INCLUDING, BUT NOT LIMITED TO, CIVIL CONTEMPT, DISMISSAL FOR LACK OF PROSECUTION, AND THE STRIKING OF PLEADINGS.*

(5)     William L. Yanger, Esq. and Lawrence Alexander Lempert, Esq. are directed to cooperate with the Clerk to ensure that Colon Santana and Estrella Santana receive a copy of this Order.

**DONE AND ORDERED** this 6th day of May, 2013.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
William L. Yanger, Esq.
Lawrence Alexander Lempert, Esq.
Colon Santana
Estrella Santana

---

[2] Local Rule 2.03(d) provides in part: " Any party for whom a general appearance of counsel has been made shall not thereafter take any step or be heard in the case in proper person, absent prior leave of Court ... ."